# United States District Court
## Northern District of Illinois
### Eastern Division

Richey A, Hare Sr.          **JUDGMENT IN A CIVIL CASE**

v.          Case Number: 02 C 3973

John Zitek etal

- ■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that **Judgment is entered in favor of Plaintiff Richey A. Hare and against Defendants John Zitek, Donald Tabor and The Village of Stickney. Judgment for compensatory damages in the amount of $1,767,497.56 is entered in favor of Plaintiff Richey A. Hare Sr. Judgment is entered in favor of Plaintiff Richey A. Hare and against Defendant John Zitek for punitive damages in the amount of $1,000,000. Judgment is entered in favor of Plaintiff Richey A. Hare Sr and against Defendant Donald Tabor for punitive damages in the amount of $1,000,000.**

         Michael W. Dobbins, Clerk of Court

Date: 8/14/2006          /s/ Alicia Castillo, Deputy Clerk