**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:**

- ▸ TOO VOLUMINOUS
- ▸ QUALITY NOT LEGIBLE
- ▸ FONT TOO SMALL
- ▸ PHOTOGRAPHS

# SEE CASE FILE